```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 24.168.83.181

                Defendant.

1:22-cv-9589 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Counsel is directed to appear for a Status Conference on May 9, 2023 at 12:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date: April 3, 2023
      New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**

1