UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/2023
```

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 24.168.83.181,

          Defendant.

1:22-cv-9589 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Status Conference scheduled for May 9, 2023 at 12:00 PM is ADJOURNED to July 25, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:** **May 8, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1